NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

Criminal Number  1:07cr00095

Douglas F. Greer, M.D.
(Defendant)

**FILED**

APR 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA       ■ RETAINED       ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

RECEIVED
2007 APR 24 PM 4:06
NANCY MAYER-WHITTINGTON
CLERK
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

PLEASE PRINT THE FOLLOWING INFORMATION:

John N. Nassikas III, D.C. Bar No. 387167
_(Attorney & Bar ID Number)_

Arent Fox LLP
_(Firm Name)_

1050 Connecticut Ave NW
_(Street Address)_

Washington, D.C. 20036
_(City)        (State)        (Zip)_

202-857-6014
_(Telephone Number)_