UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:07cr00095 |
| v. ) | |
| ) | Hon. Richard J. Leon |
| DOUGLAS F. GREER, M.D. ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO RESCHEDULE
### PLEA AGREEMENT HEARING

Defendant Douglas F. Greer, M.D., by counsel, respectfully requests that the Court, to accommodate a conflict in counsel's schedule, reschedule the hearing for entry of plea currently set for Tuesday, May 1, 2007, at 10:00 a.m. for Thursday, May 3, 2007, at 2:00 p.m. or earlier or for Friday, May 4, 2007, at 2:00 p.m. or later. The government has no objection to rescheduling the hearing and is available at the times proposed.

Respectfully submitted,

_____
John N. Nassikas III, D.C. Bar No. 387167
**ARENT FOX LLP**
1050 Connecticut Ave N.W.
Washington, D.C. 20036-5339
T: (202) 857-6014
F: (202) 857-6395
Email: nassikas.john@arentfox.com

Attorney for Defendant Douglas F. Greer, M.D.

Dated: April 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2007, the foregoing Motion to Reschedule Plea Agreement Hearing was served by facsimile on the following:

>Susan B. Menzer, Esq.
>United States Attorney's Office
>  for the District of Columbia
>555 4th Street, NW
>5th Floor
>Washington, DC  20530

_____
John N. Nassikas III

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 APR 24 PM 4: 07
NANCY M.
MAYER-WHITTINGTON
CLERK