NOTICE OF APPEARANCE IN A CRIMINAL CASE

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 MAY -3 AM 10: 31

NANCY M.
MAYER-WHITTINGTON
CLERK

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

Criminal Number  1:07cr00095

Douglas F. Greer, M.D.
(Defendant)

**FILED**

MAY  3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:  NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ■ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Alan E. Reider D.C. No. 230292
(Attorney & Bar ID Number)

Arent Fox LLP
(Firm Name)

1050 Connecticut Ave NW
(Street Address)

Washington, DC  20036
(City)   (State)   (Zip)

202-857-6462
(Telephone Number)

## CERTIFICATE OF SERVICE

    I hereby certify that on May 3, 2007, the foregoing Notice of Appearance for Alan E. Reider was served by facsimile on the following:

                              Susan B. Menzer, Esq.
                              United States Attorney's Office
                                for the District of Columbia
                              555 4th Street, NW
                              5th Floor
                              Washington, DC  20530

                              _____
                              Kavitha J. Babu