UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 07-95
)
)
DOUGLAS F. GREER )

**FILED**

MAY 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I, **DOUGLAS F. GREER**, the above-name defendant, who is accused of

Health Care Fraud; 18 USC 1347 & 2;
False Income Tax Return 26 USC 7206(1)

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **May 3, 2007** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____    Date: 5/3/07
Judge Richard J. Leon