NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                    Criminal Number   CR-07-095-01 (RJL)

Douglas F. Greer, M.D.
            (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_Laura S. Lester_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Laura S. Lester, D.C. Bar No. 465035
(Attorney & Bar ID Number)

Arent Fox, PLLC
(Firm Name)

1050 Connecticut Avenue, N.W.
(Street Address)

Washington, D.C. 20036
(City)          (State)          (Zip)

202/857-6000
(Telephone Number)

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 24, 2007, he caused a true and correct copy of the foregoing Notice of Appearance to be filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties and via first class mail to Kelli Griffin Cave. Parties may access this filing through the Court's CM/ECF system.

*By Electronic Filing*

> Susan Menzer, Esq.
> Assistant United States Attorney
> United States Attorney's Office
>  for the District of Columbia
> 555 Fourth Street, N.W.
> Washington, D.C. 20530

*By First Class Mail*

> Kelli Griffin Cave
> United States Probation Officer
> 333 Constitution Avenue, N.W.
> Suite 2800
> Washington, D.C. 20001

/s/ John N. Nassikas III