FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUL 3 X 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 07-095 (RJL)** |
| | ) | |
| **DOUGLAS F. GREER, M.D.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before this Court is Defendant Douglas F. Greer's Motion to File Exhibits Under Seal.

It is hereby **ORDERED**, this ___ day of July 2007, that the Defendant's Motion to File Exhibits Under Seal is **GRANTED** and Exhibits 12, 13, and 14 of the Defendant's Reply Brief and Supplemental Sentencing Memorandum be removed from the public docket and placed under seal.

_____
The Honorable Richard J. Leon