```
                                                                CO-290
Notice of Appeal Criminal                                     Rev. 3/88
```

## United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No. 07-CR-95 (RJL) |
| ) | |
| DOUGLAS F. GREER ) | |
| ) | |

### NOTICE OF APPEAL

Name and address of appellant     United States of America

Name and address of appellant's attorney     Roy W. McLeese III
United States Attorney's Office
Room 8104
555 4th Street, NW
Washington, DC 20530

Offense: 18 USC 1347 & 2; 26 USC 7206(1)

Concise statement of judgment or order, giving date, and any sentence

By Judgment of July 26, 2007, entered on docket on August 1, 2007, defendant sentenced to 18 months' imprisonment to be followed by 24 months' supervised release and 500 hours of community service.

Name and institution where now confined, if not on bail:

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____     _____
DATE                                APPELLANT


CJA, NO FEE _____          _____
PAID USDC FEE _____        ATTORNEY FOR APPELLANT
PAID USCA FEE _____
Does counsel wish to appear on appeal?  Yes/No
Has counsel ordered transcripts?  Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  Yes/No

| | |
|---|---|
| Notice of Appeal Criminal | CO-290<br>Rev. 3/88 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August, one copy of the foregoing Notice of Appeal was sent by first-class U.S. Mail to counsel for Douglas F. Greer: John N. Nassikas, III, ARENT FOX PLLC, 1050 Connecticut Avenue, NW, Washington, DC 20036.

**THOMAS J. TOURISH, JR.**
**Assistant United States Attorney**
**555 4th Street, NW, Room 8104**
**Washington, DC 20530**
**(202) 514-7088**